594

■

Emil HRABAK v. Fred E. HUMMEL, Trustee for Monark Motor Freight System, Incorporated, a Bankrupt, Appellant.

No. 8572.

Circuit Court of Appeals, Third Circuit.

Argued May 5, 1944.

Decided May 8, 1944.

■

Ward C. Henry, of Philadelphia, Pa. (Swartz, Campbell & Henry, of Philadelphia, Pa., on the brief), for appellant.

Philip A. Campbell, of Philadelphia, Pa. (Frey & Campbell, of Philadelphia, Pa., on the brief), for appellee.

Before JONES and GOODRICH, Circuit Judges, and GANEY, District Judge.

PER CURIAM.

The judgment of the District Court, 55 F.Supp. 775, is affirmed on the opinion of Judge Bard.

■

■

H. R. CULLEN, Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent (four cases). Katherine T. CULLEN, Transferee, Petitioner, v. SAME.

ESTATE of Harry HOLMES, Deceased, Lucy B. Holmes, Executrix, Transferee, Petitioners, v. SAME.

Harry HOLMES, Jr., John B. Holmes, and Thomas J. Holmes, Successor Trustees, Transferees, Petitioners, v. SAME.

Nos. 10899–10905.

Circuit Court of Appeals, Fifth Circuit.

June 27, 1944.

■

M. K. Eckert, of Washington, D. C., for petitioner in each case.

Joseph S. Platt and Sewall Key, Sp. Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before SIBLEY, HUTCHESON, and LEE, Circuit Judges.

LEE, Circuit Judge.

Petitioners are the transferees of the assets of Quintana Petroleum Company, which was dissolved and liquidated in 1938. If Quintana Petroleum Company was liable for the 1937 tax deficiency assessed against it, then petitioners' liability as transferees is conceded. Upon motion and order filed and entered in the record in this case, it is provided that the decision of this Court in the case of Quintana Petroleum Company v. Commissioner of Internal Revenue, 143 F.2d 588, shall be the decision in each of these cases, but that separate judgments shall be entered.

Upon the authority of Quintana Petroleum Company v. Commissioner of Internal Revenue, 5 Cir., 143 F.2d 588, the decisions of the Board of Tax Appeals, 44 B.T.A. 624, are affirmed.

■

■

Beatrice H. GOLDBOSS (nee Beatrice Hoffman), a shareholder of Quarterly Income Shares, Inc., suing on behalf of herself and all other owners and holders of shares of stock of the said Quarterly Income Shares, Inc., similarly situated, Plaintiff-Appellant, v. Edwin J. REIMANN, Francis A. Fullam, Jr., Thomas F. McJilton, Wallace A. Bong, Lincoln R. Ure, Imer Pett, Thornton D. Morris, Benjamin F. Castle, Lawrence W. Schmidt, Bernard E. Lawson, Ross Beason, Harold F. Dugan, Maryland Sponsors, Inc., Administrative and Research Corporation (New York), American Depositor Corporation, and Quarterly Income Shares, Inc., Defendants-Appellees.

No. 340.

Circuit Court of Appeals, Second Circuit.

May 23, 1944.

■

Sabath, Perlman, Goodman & Rein, of Chicago, Ill., and Samuel L. Chess, of New York City (Murray Ratner, of New York City, of counsel), for appellant.

Root, Clark, Buckner & Ballantine, of New York City (Arthur A. Ballantine, Wilkie Bushby, Werner Ilsen, and William J. Butler, all of New York City, of counsel), for certain appellees.

Parker & Duryee, of New York City (Barent Ten Eyck, of counsel), for Quarterly Income Shares, Inc., appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment and order affirmed on opinion below, 55 F.Supp. 811.

**John M. ALFORD, Appellant, v. ADDRESS-OGRAPH–MULTIGRAPH CORPORATION, a Corporation, Appellee.**

**No. 10698.**

Circuit Court of Appeals, Ninth Circuit.

June 2, 1944.

Carlos G. Stratton, of Los Angeles, Cal., for appellant.

Lyon & Lyon, Leonard S. Lyon, and Lewis E. Lyon, all of Los Angeles, Cal., and George H. Wallace and Charles B. Cannon, both of Chicago, Ill., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed with prejudice, and without costs to either party, that a judgment of dismissal be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.

**McCULLOUGH v. KAMMERER CORPORATION et al.**

**No. 9957.**

Circuit Court of Appeals, Ninth Circuit.

March 1, 1944.

For former opinion, see 138 F.2d 482.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

R. Welton Whann, of Los Angeles, Cal., and A. W. Boyken, of San Francisco, Cal., for appellant.

Lyon & Lyon, of Los Angeles, Cal., for appellee.

PER CURIAM.

In his petition for rehearing appellant has cited Kellogg No. 657,777, Hill No. 1,338,773, and Segelhorst No. 1,599,067 and No. 1,767,018 as being demonstrative of anticipation of Reilly-Stone No. 1,625,391. We do not find in these patents such anticipation.

The petition for rehearing is denied.

MATHEWS, Circuit Judge dissents.

**NORTH SHORE CORPORATION, Appellant, v. William J. SCOTT et al., Appellees.**

**No. 10882.**

Circuit Court of Appeals, Fifth Circuit.

June 9, 1944.

Rehearing Denied July 11, 1944.

W. Gregory Smith, of Jacksonville, Fla., for appellant.

John E. Lake, of Jacksonville, Fla., for appellees.

Before SIBLEY, McCORD, and LEE, Circuit Judges.

LEE, Circuit Judge.

This case presents the same issues upon the same facts as the case of North Shore